> **ORDER:** Motion granted. The ICMC is reset to July 28, 2010, at 10:30 a.m..
>
> *E. Clifton Knowles*
> U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| WOODS AND WOODS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| TENNESSEE STATE EMPLOYEES ASSOCIATION, JOHN DOE # 1, JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, JANE DOE #1 AND JANE DOE #2, | ) Case No. 3:10-cv-00452<br>)<br>)<br>) |
| Defendant. | ) |

## JOINT MOTION TO POSTPONE CASE MANAGEMENT CONFERENCE

The parties jointly move to postpone the July 1, 2010 case management conference by approximately 30 days. As the basis for this motion, the parties have reached a tentative settlement agreement. The parties are in the process of exchanging and finalizing settlement language. As such, it appears highly likely that this matter will become resolved. To conserve the resources of the Court, the parties jointly move to postpone the case management conference by 30 days.

Respectfully Submitted:

s/ Allen Woods
Allen Woods, TN Bar No. 23103
LAW OFFICES OF WOODS AND WOODS
P.O. Box 128498
Nashville, TN 37212
Telephone 615.321.1426

Attorney for Plaintiff

s/ Jonathan O. Harris
Jonathan O. Harris, TN Bar No. 021508
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN 37219-2446
Telephone: 615.254.1900
Facsimile: 615.254.1908

Attorneys for Defendant